UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     Grant v. State of Maryland, et al.
        Civil No. PJM 23-313

DATE:   October 18, 2023

* * *

The Court has received Plaintiff's Second Motion for Extension of Time to Serve Individual Defendants (ECF No. 28), Plaintiff's Second Motion for Additional Time to Serve Individual Defendants and to Amend the Complaint Nunc Pro Tunc (ECF No. 31), and Plaintiff's Amended Complaint (ECF No. 30). As of May 22, 2023, the docket in this matter shows that a summons was returned executed as to the two Defendants Plaintiff asked for additional time to serve, Bond and Cooper. See ECF No. 24.

The Court finds that Plaintiff's Amended Complaint (ECF No. 30) is timely. The above referenced Motions (ECF Nos. 28 and 31) are therefore **MOOT** and all Defendants who have been served must answer accordingly.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:   Court File